APPENDIX D
EEOC COMPLAINT FORMAT

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### DIVISION

Sigfird Bradshaw

**Plaintiff**

         vs.

Valdosta high school
**Defendant** Coach Jester

7:16-CV- 33

RECEIVED
CLERK'S OFFICE
2016 MAR -8 AM 9:10
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEO A

**COMPLAINT**

1.    Plaintiff is a citizen of the United States and resides at
1715 Marion street
Valdosta Georgia 31602

2.    Defendant(s) names(s) Coach Jester

Location of principal office(s) of the named defendant(s)_____

Nature of defendant(s)' business _____

Approximate number of individuals employed by defendant(s) _____

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4.    The acts complained of in this suit concern:

(A) _____    Failure to employ me.
(B) _____    Termination of my employment.
(C) _____    Failure to promote me.
(D) _____    Other Acts as specified below:

The School discriminated against me from being a high School gradute to the next Level

5.    Plaintiff is:

(A) _____    presently employed by the defendant(s).
(B) _____    not presently employed by the defendant(s).

The dates of this employment were _____

Employment was terminated because:

(1) _____    plaintiff was discharged.
(2) _____    plaintiff was laid off.
(3) _____    plaintiff left the job voluntarily.

6.    Defendant(s) conduct is discriminatory with respect to the following:

(A) ___✗___    my race.
(B) ___✗___    my religion.
(C) ___✗___    my sex.
(D) ___✗___    my national origin.
(E) _____    other as specified below:

Sexual preferences

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant(s) company is/are:

_____

_____

_____

8. The alleged discrimination occurred on or about _____

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is/are as follows:

_____

_____

_____

_____

_____

_____

10. The alleged illegal activity took place at _____

_____

_____

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _____.
I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____.

12.    I seek the following relief:

(A)    _____    recovery of back pay.
(B)    _____    reinstatement to my former job or position.
(C)    _____    front pay (where reinstatement is not suitable).
(D)    _____    damages (damages are recoverable only in age discrimination cases and only for "willful violations" of the Act.
(E)    _____    injunctive relief.
(F)    _____    expenses and attorney's fees.
(G)    _____    other (describe below):

_____

_____

_____

_____
(Signature and date)

_____
(Address)

_____
(Phone Number)

Attachment:    Right to Sue Notice

**APPENDIX B**
CERTIFICATE OF SERVICE FORMAT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ___Sigfred Bradshaw___
(Name of pleading)

was mailed/delivered to _____ at _____
(Name of defendant(s) or          (Physical or E-Mail Address)
defendant's attorney)


___Sigfre. d Bradshaw___
(Signature and date)
___1715 Marion Street___
(Address) ___Valdosta Georgia 93160___
___229 375 4306___
(Phone Number) ___254 - 693 - 7343___